**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
JEREMY HOLLAND

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY HOLLAND,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>FELI-MEX INVESTMENTS INC; ORLANDO A. CETINA, SR., AS TRUSTEE OF THE ORLANDO A. CETINA, SR. AND MARTHA A. CETINA FAMILY TRUST; DOES 1 to 10,<br><br>　　　　Defendants. | **Case No.: 2:20-cv-08496 VAP (MRWx)**<br>**Assigned to Hon. Virginia A. Phillips**<br><br>**REQUEST FOR DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE** |

**PLEASE TAKE NOTICE** that JEREMY HOLLAND ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(2) hereby requests the Court to dismiss the entire action *without prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(2) which provides in relevant part:

　(a) **Voluntary Dismissal.**

　　(2)　*By Court Order; Effect*. Except as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that

1

the court considers proper. If a defendant has pleaded a counterclaim before being served with the plaintiff's motion to dismiss, the action may be dismissed over the defendant's objection only if the counterclaim can remain pending for independent adjudication. Unless the order states otherwise, a dismissal under this paragraph (2) is without prejudice.

Accordingly, Plaintiff requests that this matter be dismissed without prejudice by the Court with the Court.

DATED:  December 23, 2021     SO. CAL. EQUAL ACCESS GROUP

By:   */s/   Jason J. Kim*
      Jason J. Kim, Esq.
      Attorneys for Plaintiff