JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY HOLLAND,<br><br>          Plaintiff,<br><br>     vs.<br><br>FELI-MEX INVESTMENTS INC; ORLANDO A. CETINA, SR., AS TRUSTEE OF THE ORLANDO A. CETINA, SR. AND MARTHA A. CETINA FAMILY TRUST; DOES 1 to 10,<br><br>          Defendants. | **Case No.: 2:20-cv-08496 VAP (MRWx)**<br>**Assigned to Hon. Virginia A. Phillips**<br><br>**ORDER GRANTING REQUEST FOR DISMISSAL OF THE ENTIRE ACTION WITHOUT PREJUDICE** |

ORDER

1  Based on the request for dismissal without prejudice and for good cause
2  shown:
3
4  IT IS HEREBY ORDERED that the entire action be dismissed without
5  Prejudice.
6
7  SO ORDERED.
8
9  DATED: January 3, 2022
10                                                 *Virginia A. Phillips*
                                                   United States District Court Judge